**In the Interest of S.F.B., a minor.**

**F.D.B. Appellant,**

**v.**

**Juvenile Officer of St. Louis County, Missouri, Respondent.**

**No. ED 75898.**

Missouri Court of Appeals,
Eastern District.
Division One.

Feb. 8, 2000.

John R. Bird, St. Louis, for appellant.

Nancy J. Pew, Clayton, for respondent.

### ORDER

PER CURIAM.

Appellant appeals from a Family Court judgment terminating her parental rights to her child. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b).